NUMBER 13-06-122-CR

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

                                                                                                                     


 

IN RE: CARLOS GARZA

                                                                           
                          

 

On Petition for Writ of Mandamus

                                                                                                                     


 

                               MEMORANDUM
OPINION                                    

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 

Relator,
Carlos Garza, filed a petition for writ of mandamus in the above cause on March
16, 2006, in which he alleges that the respondent, the Honorable Rolando
Olvera, Presiding Judge of the 138th Judicial District Court of Cameron County,
Texas, abused his discretion by denying relator=s
motion to obtain the record.              








The
Court, having examined and fully considered the documents on file, the petition
for writ of mandamus, and the trial court=s findings of fact and order entered May 31, 2006,

is of the
opinion that the petition for writ of mandamus should be dismissed as moot.

Accordingly,
the petition for writ of mandamus is hereby DISMISSED AS MOOT.

 

PER CURIAM            

 

 

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum
Opinion delivered and

filed this the
20th day of July, 2006.